IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>        Plaintiffs,<br><br>        v.<br><br>ZYDUS WORLDWIDE DMCC, CADILA HEALTHCARE LTD. d/b/a ZYDUS CADILA, and TEVA PHARMACEUTICALS USA, INC.<br><br>        Defendants. | C. A. No. 16-1023-SLR |

**STIPULATION AND PROPOSED ORDER**

The parties to this action hereby stipulate and agree, subject to the approval of the Court, that the time for Teva Pharmaceuticals USA, Inc. to move, plead or otherwise respond to the Complaint is extended until January 5, 2017.

| | |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Maryellen Noreika (No. 3208) | Andrew E. Russell (No. 5382) |
| Derek J. Fahnestock (No. 4705) | SHAW KELLER LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 300 Delaware Ave., Suite 1120 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 298-0700 |
| Wilmington, DE 19899 | jshaw@shawkeller.com |
| (302) 658-9200 | arussell@shawkeller.com |
| jblumenfeld@mnat.com | *Attorneys for Defendant Teva* |
| mnoreika@mnat.com | *Pharmaceuticals USA, Inc.* |
| dfahnestock@mnat.com | |
| *Attorneys for Plaintiffs* | |

Dated: November 28, 2016

SO ORDERED this _____ day of_____, 2016.

                                                                _____
                                                                United States District Judge