IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS WORLDWIDE DMCC, CADILA HEALTHCARE LTD. d/b/a ZYDUS CADILA, and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 16-1023-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER DISMISSING DEFENDANT<br>TEVA PHARMACEUTICALS USA, INC. WITHOUT PREJUDICE**

This stipulation is made by and between Plaintiffs UCB, Inc., UCB Manufacturing Ireland Limited, UCB Pharma GmBH, and LTS Lohmann Therapie-Systeme AG (collectively "Plaintiffs"), Teva Pharmaceuticals, USA, Inc. ("Teva USA"), and Zydus Worldwide DMCC ("Zydus Worldwide").

WHEREAS, Plaintiffs filed suit against, *inter alia*, Teva USA and Zydus Worldwide in the above-captioned case (the "Action");

WHEREAS, Teva USA filed with the United States Food and Drug Administration ("FDA") Abbreviated New Drug Application No. 209473 ("ANDA No. 209473") seeking FDA approval to engage in the commercial use, manufacture, sale, offer for sale, or importation of the Rotigotine Transdermal System (1 mg/24 hours, 2 mg/24 hours, 3 mg/24 hours, 4 mg/24 hours, 6 mg/24 hours, and 8 mg/24 hours) ("ANDA Products") that are the subject of ANDA No. 209473;

WHEREAS, Teva USA has transferred ownership and all rights in ANDA No. 209473, which is the subject of Plaintiffs' suit against Teva USA in this case, to Zydus Worldwide;

WHEREAS, Teva USA represents that neither it nor any affiliate has any continuing responsibility for ANDA No. 209473 or the ANDA Products, except (i) as provided for in the ASSET PURCHASE AGREEMENT BETWEEN TEVA PHARMACEUTICAL INDUSTRIES LTD. AND ZYDUS WORLDWIDE DMCC DATED AS OF JUNE 16, 2016 appended as Exhibit 3 to Teva USA's Opening Brief in Support of Its Motion to Dismiss (D.I. 36) (the "Asset Purchase Agreement") and the Federal Trade Commission's Decision and Order dated July 27, 2016 ("FTC Order") and (ii) the manufacture of the rotigotine active pharmaceutical ingredient used in the ANDA Products that are the subject of ANDA No. 209473;

WHEREAS, Plaintiffs agree for purposes of this litigation only that neither performance of the obligations previously disclosed to Plaintiffs in the Asset Purchase Agreement or the FTC Order nor the manufacture of the API for the ANDA Products constitutes continuing responsibility for ANDA No. 209473 or the ANDA Products;

WHEREAS, Zydus Worldwide represents that it is the owner of ANDA No. 209473;

NOW THEREFORE, Plaintiffs, Teva USA, and Zydus Worldwide by and through their respective undersigned counsel in this Action, and subject to the approval of the Court, stipulate and agree as follows:

1. Teva USA is dismissed from the Action without prejudice.

2. Teva USA agrees to participate in discovery as if a party, subject to the provisions of the Scheduling Order including, but not limited to, the Court's jurisdiction for resolving any discovery disputes that may arise through the Court's standard dispute resolution procedures.

3. Accordingly, Teva USA agrees that the service of a Notice of Deposition, interrogatories under Federal Rule of Civil Procedure 33, or requests for production under Federal Rule of Civil Procedure 34 by plaintiffs shall be deemed effective if served on counsel for Teva USA without the need for service of a subpoena, reserving all rights to object to any Notice of Deposition, interrogatory, or request for production on any grounds permissible under the Federal Rules of Civil Procedure.  Plaintiffs agree, however, that Teva USA shall not be required to respond to contention interrogatories or requests for admission as it will no longer be a party to the litigation, except that Teva will respond to any requests for admission related to the authenticity of documents.

4. The terms of this stipulation are made without prejudice to the respective positions of Plaintiffs and Teva USA as to whether Teva USA is a proper defendant in the Action.

5. Zydus Worldwide does not contest that it is a proper defendant in this Action under 35 U.S.C. § 271(e) based on the dismissal of Teva USA and does not intend to assert a claim or defense based upon Teva USA's status as the original ANDA filer. Plaintiffs and/or Zydus Worldwide may petition this Court to rejoin Teva USA as a party to this action in the event Plaintiffs and/or Zydus Worldwide were to assert a claim or defense that would necessitate Teva USA being a party to this action.

6. The case caption for the Action should be amended to remove Teva USA as follows:

| | |
|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>          Plaintiffs, | )<br>)<br>)<br>) C.A. No. 16-1023-LPS<br>)<br>) |

|                                    |   |
|---|---|
| v. | ) |
|  | ) |
| ZYDUS WORLDWIDE DMCC and | ) |
| CADILA HEALTHCARE LTD. d/b/a | ) |
| ZYDUS CADILA, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (No. 3362) |
| Maryellen Noreika (#3208) | Karen E. Keller (No. 4489) |
| Derek J. Fahnestock (#4705) | Andrew E. Russell (No. 5382) |
| 1201 North Market Street | Nathan R. Hoeschen (No. 6232) |
| P.O. Box 1347 | 1105 North Market Street, 12th |
| Wilmington, DE 19899 | FloorWilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@mnat.com | jshaw@shawkeller.com |
| mnoreika@mnat.com | kkeller@shawkeller.com |
| dfahnestock@mnat.com | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |

*Attorneys for Plaintiffs UCB, INC., UCB Manufacturing Ireland Limited, UCB Pharma GmBH, and LTS Lohmann Therapie-Systeme AG*

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

*Attorneys for Defendant Zydus Worldwide DMCC*

Dated: January 30, 2018

It is SO ORDERED this _____ day of _____, 2018

_____
CHIEF, U.S.D.J.